IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DERRICK BERNARD JACKSON, | * |
| Petitioner, | * |
| v. | Case No. 5:25-cv-00142-MTT |
| STATE OF GEORGIA, | * |
| Respondent. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 27th day of May, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk